IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUPE B. CARRASCO,

       Plaintiff,

v.                                                   Case No. 1:10-cv-0999 MCA/SMV

NEW MEXICO DEPARTMENT OF
WORKFORCE SOLUTIONS et al.,

       Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Matter to be heard:**          Scheduling a settlement conference.

**Date and time of hearing:**      February 14, 2012 at 10:00–10:30 a.m.

    A telephonic status conference is set for February 14 at 10:00 a.m. Plaintiff and counsel for the defense shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    IT IS SO ORDERED.

                                                                  _____
                                                                  STEPHAN M. VIDMAR
                                                                  United States Magistrate Judge