IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUPE B. CARRASCO,

    Plaintiff,

vs.                                                                            No. 10-cv-0999 MCA/SMV

NEW MEXICO DEPARTMENT OF
WORKFORCE SOLUTIONS et al.,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

THIS MATTER is before the Court on the Defendants' Motion to Vacate Settlement Conference [Doc. 75], and the Court, being advised that the Motion is unopposed, having considered the Motion and the reasons stated therein, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendants' Motion to Vacate Settlement Conference [Doc. 75] is **GRANTED**. The Settlement Conference presently scheduled for June 26, 2012 at 9:30 a.m. in Roswell, New Mexico, is hereby vacated pending resolution of the Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED.**

                                                                          **STEPHAN M. VIDMAR**
                                                                          **United States Magistrate Judge**