**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**LUPE B. CARRASCO,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 10-cv-0999 MCA/SMV**

**NEW MEXICO DEPARTMENT OF**
**WORKFORCE SOLUTIONS et al.,**

    **Defendants.**

### ORDER DENYING PLAINTIFF'S MOTION FOR EXTENDED DISCOVERY

THIS MATTER is before the Court on Plaintiff's Motion for Extended Discovery [Doc. 67] ("Motion"), filed on May 29, 2012. On June 8, 2012, Defendants filed their response. Defendants' Response to Plaintiff's Motion for Extended Discovery [Doc. 73]. On June 25, 2012, Plaintiff filed her reply. Plaintiff's Reply to Defendants' Responses to Plaintiff's Motion for Extend[ed] Discovery [Doc. 81]. Plaintiff's Motion seeks an extension of the discovery deadline for an unspecified amount of time. Motion [Doc. 67] at 5. The Court, being fully advised in the premises, FINDS that the Motion is not well-taken and should be denied.

Discovery in this case terminated on May 11, 2012. Order Setting Pretrial Deadlines and Adopting Joint Status Report [Doc. 44] ("Scheduling Order") at 1. A party moving to modify a pretrial deadline must show good cause for the modification. Fed. R. Civ. P. 16 (b)(4); *see also* Scheduling Order [Doc. 44] at 1. The Court finds that Plaintiff has failed to show good cause to support an extension of the discovery deadline and, therefore, will deny Plaintiff's Motion at this time.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Extended Discovery [Doc. 67] is **DENIED,** and that the current discovery deadline remains in effect.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**