IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUPE B. CARRASCO,

    Plaintiff,

v.                                                                                          No. 10-cv-0999 MCA/SMV

N.M. DEP'T OF WORKFORCE SOLUTIONS, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:	Thursday, April 11, 2013 at 1:30 p.m.

**Matter to be heard**:  Scheduling a settlement conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Thursday, April 11, 2013, at 1:30 p.m.  Counsel and pro se Plaintiff shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**