IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUPE B. CARRASCO,

    Plaintiff,

v.                                                            No. 10-cv-0999 MCA/SMV

N.M. DEP'T OF WORKFORCE SOLUTIONS, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      June 11, 2013, at 2:30 p.m.

**Matter to be heard**:  Schedule a settlement conference

**IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for June 11, 2013, at 2:30 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                                  **STEPHAN M. VIDMAR**
                                                                                  **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.