IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUPE B. CARRASCO,

    Plaintiff,

v.                                         No. 10-cv-0999 MCA/SMV

N.M. DEP'T OF WORKFORCE SOLUTIONS, et al.,

    Defendants.

### ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on August 13, 2013.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **Friday, September 13, 2013**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                               _____
                                                               **STEPHAN M. VIDMAR**
                                                               **United States Magistrate Judge**