# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**LUPE B. CARRASCO,**

     **Plaintiff,**

**v.**                                                        **No. 10-cv-0999 MCA/SMV**

**N.M. DEP'T OF WORKFORCE SOLUTIONS, et al.,**

     **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      October 17, 2013, at 10:30 a.m.

**Matter to be heard**:  Fourth Motion to Extend Deadline to Submit Closing Documents [Doc. 125]

THIS MATTER is before the Court on Defendants' Fourth Motion to Extend Deadline to Submit Closing Documents [Doc. 125]. On October 4, 2013, the Court granted the third motion to extend the deadline to submit closing documents and indicated that any future requests to extend the deadline would result in a status conference being ordered. [Doc. 124].

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set **October 3, 2013, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

     **IT IS SO ORDERED.**

                                            _____

                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.